UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Betty Muthuri,                                              Civil 12-1274 PJS/FLN

      Plaintiff,

v.                                                          O R D E R

Fairview Health Services and
Cristina Mielke,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 1, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

DATED: 11/16, 2012.                     s/Patrick J. Schiltz
at Minneapolis, Minnesota               JUDGE PATRICK J. SCHILTZ
                                        United States District Court